UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

QUAIL CREEK COUNTRY CLUB, INC.,

       Plaintiff,

v.                                                                    Case No: 2:20-cv-177-SPC-MRM

ROCKHILL INSURANCE COMPANY,

       Defendant.
/

**<u>ORDER</u>**[1]

Before the Court is the parties' Joint Motion to Lift Stay and Reopen Case After Appraisal Award. (Doc. 31). Over a year ago, the appraisal award was rendered, and Defendant paid the amounts deemed undisputed. The parties tried to work out their differences with certain amounts in the appraisal award. (Doc. 28). Now, they request the Court reopen the case so that "remaining issues of law and fact can be brought before the Court." But they do not identify what those remaining issues are. To fashion the most

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

efficient course of action to bring this matter to resolution, the Court needs specific input from the parties.

Accordingly, it is now

**ORDERED:**

1. The Joint Motion to Lift Stay and Reopen Case After Appraisal Award (Doc. 31) is **TAKEN UNDER ADVISEMENT**.

2. On or before **November 12, 2021**, the parties must jointly explain to the Court, in detail, what issue(s) remain and how this action should proceed if the stay is lifted.

**DONE** and **ORDERED** in Fort Myers, Florida on November 5, 2021.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record